

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————

No. 02-22-00434-CV

———————————

DUSTIN RALL, Appellant

V.

BTH BANK, NATIONAL ASSOCIATION, A NATIONAL BANKING
ASSOCIATION, Appellee

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-329534-21

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Voluntarily Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 10, 2023